UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

-------------------------------------------------------------x

LUV N' CARE, LTD. and
ADMAR INTERNATIONAL, INC.,

Plaintiffs,

- against -

SHIBOLETH LLP,
AMNON SHIBOLETH, OREN HEIMAN,
CHARLES B. MANUEL, JR., and
ROCHELLE R. WEISBURG,

Defendants.

-------------------------------------------------------------x

Civil Action No. 16-cv-3179 (AJN)

**STIPULATION AND ORDER OF SUBSTITUTION OF COUNSEL AND APPEARANCE PRO SE**

IT IS HEREBY STIPULATED AND AGREED, by and between the undersigned and pursuant to Local Civil Rule 1.4, that Defendant Charles B. Manuel, Jr. shall proceed *pro se* in this case and shall be substituted for the law firm of Flemming Zulack Williamson Zauderer LLP, which withdraws as counsel of record for Mr. Manuel. Flemming Zulack Williamson Zauderer LLP continues as counsel for Defendants Shiboleth LLP, Amnon Shiboleth, Oren Heiman and Rochelle R. Weisburg.

A supporting declaration is attached hereto pursuant to Local Civil Rule 1.4.

PLEASE TAKE NOTICE that all pleadings, notices of hearing, and other filings in this action shall continue to be served upon Flemming Zulack Williamson Zauderer LLP as on file and shall also be served on Charles B. Manuel, Jr., *pro se*, follows:

Charles B. Manuel, Jr.
One Penn Plaza, Suite 2527
New York, New York 10119
Tel.: (212) 244-4111
Fax: (212) 563-7108
CharlesM@Shiboleth.com

Dated: New York, New York
October 19, 2017

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: OCT 2 4 2017

CHARLES B. MANUEL, JR.

CBM /DG

Charles B. Manuel, Jr.

1 Penn Plaza, Suite 2527
New York, New York 10119
Tel.: (212) 792-0044
Fax: (212) 792-0043
CharlesM@Shiboleth.com

*Defendant Pro Se*

FLEMMING ZULACK WILLIAMSON ZAUDERER LLP

By: Richard A. Williamson

One Liberty Plaza
New York, New York 10006
Tel.: (212) 412-9500
Fax: (212) 412-9200
rwilliamson@fzwz.com

*Outgoing Attorneys for Defendant Charles B. Manuel, Jr.*

SO ORDERED:

Alison J. Nathan, U.S.D.J.

October 20, 2017